IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOSE JIMENEZ,<br><br> Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW, PLC, a foreign corporation or entity; and SMITH & NEPHEW, INC., a Delaware corporation,<br><br> Defendants. | NO. CIV 09-416 |

### STIPULATED NOTICE OF DISMISSAL

 Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jose Jimenez files this Stipulated Notice of Dismissal of all of his claims and causes of action asserted in the above referenced case against Smith & Nephew, PLC only.  The parties stipulate that Jose Jimenez  voluntarily dismisses all of his claims and causes of action which have been alleged in the above referenced case only against Smith & Nephew, PLC.

**HOUSSIERE, DURANT & HOUSSIERE, LLP**

By:     /s/ *Charles R. Houssiere, III*

1990 Post Oak Blvd., Suite 800
Houston, Texas  77056-3812
Tel:     (713) 626-3700
Fax:     (713)626-3709

**KLIPSTINE & HONIGMANN LLC**

James W. Klipstine, Jr.
1601 N. Turner St.
Suite 400
Hobbs, NM 88240-4347
Tel:     (575) 393-1300
Fax:     (575) 393-1869

*Attorneys for Plaintiff*

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

By     /s/  Thomas A. Outler

P.O. Box 1888
Albuquerque, NM 87103
Tel:     (505) 768-7256
Fax:     (505) 768-7395

**HARALSON, MILLER, PITT, FELDMAN & McANALLY PLC**

Stephen T. Portell
One S. Church Ave., Suite 900
Tucson, Arizona  85701
Tel:     (520) 792-3836
Fax:     (520) 624-5080

*Attorneys for Defendant Smith & Nephew, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive electronic service.

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By    /s/ Thomas A. Outler