IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE JIMENEZ,

    Plaintiff,

vs.                                                                                                            No. CIV-09-416 MCA/DJS

SMITH & NEPHEW, PLC, *et al.*,

    Defendants.

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

    THIS MATTER comes before the Court upon a Rule 16 Initial Scheduling Conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan (Docket No. 6), the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

    **IT IS SO ORDERED.**

_____
**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**