IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JOSE JIMENEZ | § | |
|    Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 1:09-cv-00416 MCA DJS |
| | § | |
| SMITH & NEPHEW, INC. | § | |
|    Defendants | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE JIMENEZ, Plaintiff herein, and moves the Court to grant a dismissal of this cause of action against the Defendants, SMITH & NEPHEW, INC., and as grounds for which Plaintiff would show:

The parties have agreed upon settlement terms including dismissal of all claims against Defendant with prejudice, with respective parties to pay their own costs and fees. No cross-action has been filed, and no reason exists why a dismissal with prejudice against Defendants should not be granted.

Wherefore, premises considered, Plaintiff prays for entry of an order of dismissal with prejudice.

Respectfully submitted,

HOUSSIERE DURANT & HOUSSIERE, LLP

By: _/s/ Julie Mayes Hamrick_
CHARLES R. HOUSSIERE, III
JULIE MAYES HAMRICK
Three Post Oak Central
1990 Post Oak Boulevard
Suite 800
Houston, Texas 77056
Telephone: (713) 626-3700
Facsimile: (713) 626-3709
ATTORNEYS *PRO HAC VICE*
FOR PLAINTIFF Jose Jimenez

Agreed:

HARRISON, MILLER, PITT, FELDMAN &McANALLY, PLC

By: _____
STEPHEN T. PORTELL
One South Church Street, Ste. 900
Tucson, AZ 85701
Telephone 520-792-3836
Fax 520-624-5080

ATTORNEYS *pro hac vice*
FOR DEFENDANT,
Smith & Nephew, Inc.

## Certificate of Service

I hereby certify that a true and correct copy of **PLAINTIFFS' AGREED MOTION TO DISMISS** has been served upon all parties or their respective counsel of record by facsimile, messenger or by placing the same in the United States mail, postage prepaid, by certified mail, return receipt requested, properly addressed to the individuals below, on February 4, 2010.

Stephen Portell
Harrison, Miller, Pitt
Feldman & McAnally, PLC
One South Church Street, Ste. 900
Tucson, AZ 85701
Telephone 520-792-3836
Fax 520-624-5080

Thomas Outler
Rodey, Dickason, Sloan,
Akin & Robb, PA
P.O. Box 1888
Albuquerque, NM 87103
Telephone 505-768-7256
Fax 505-768-7395

CHARLES R. HOUSSIERE, III
JULIE MAYES HAMRICK