IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOSE JIMENEZ**,

    Plaintiff,

vs.                                                       No. CIV 09-416 MCA/DJS

**SMITH & NEPHEW, INC.**,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court for consideration of Plaintiff's *Agreed Motion to Dismiss*, and the Court, after consideration of the motion and finding no reason why such should not be granted, hereby

ORDERS, ADJUDGES AND DECREES that this cause of action is dismissed with prejudice. Costs of court and fees will be paid by the parties incurring same.

                                                                              _____ 2/8/10
                                                                     M. CHRISTINA ARMIJO
                                                                   UNITED STATES DISTRICT JUDGE